WILLARD C. WAGNER, Respondent, v. HUDSON VALLEY
RAILWAY COMPANY, Appellant.

*Wagner* v. *Hudson Valley Ry. Co.*, 124 App. Div. 916, affirmed.
(Submitted January 25, 1909; decided February 9, 1909.)

APPEAL, by permission, from a judgment of the Appellate
Division of the Supreme Court in the third judicial depart-
ment, entered January 17, 1908, unanimously affirming a
judgment in favor of plaintiff entered upon a verdict and an
order denying a motion for a new trial in an action to recover
for personal injuries alleged to have been received through
defendant's negligence.

*Lewis E. Carr* and *W. L. Kiley* for appellant.

*James W. Verbeck* for respondent.

Judgment affirmed, with costs ; no opinion.
Concur : CULLEN, Ch. J., GRAY, HAIGHT, WERNER,
WILLARD BARTLETT, HISCOCK and CHASE, JJ.